**Electronically Filed
Supreme Court
SCWC-12-0000657
13-OCT-2015
10:49 AM**

SCWC-12-0000657

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WELLS FARGO BANK, N.A., AS TRUSTEE FOR STANWICH MORTGAGE LOAN
TRUST, SERIES 2010-3 ASSET-BACKED PASS-THROUGH CERTIFICATES,
Respondent/Plaintiff-Appellee,

vs.

LYLE PASION and JOANNA PASION,
Petitioners/Defendants-Appellants,

and

JON DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50,
DOE CORPORATIONS 1-50, DOE ENTITIES 1-50, and
DOE GOVERNMENTAL UNITS 1-50,
Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000657; CIV. NO. 11-1-2749)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The Application for Writ of Certiorari filed on August

28, 2015 by Petitioners/Defendants-Appellants, is hereby

rejected.

DATED: Honolulu, Hawaiʻi, October 13, 2015.

R. Steven Geshell
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

